■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALINTIN FLORES, Appellant. [665 NYS2d 512] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lisa, J.), rendered September 18, 1995, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support the conviction is unpreserved for appellate review (see, CPL 470.05 [2]; People v Gray, 86 NY2d 10; People v Johnson, 185 AD2d 247). In any event, viewing the evidence in the light most favorable to the prosecution (see,